THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KEITH RAWLINS, | CASE NO. C19-0093-JCC |
| Plaintiff, | ORDER |
| v. | |
| HENRY TAMBE, | |
| Defendant. | |

This matter comes before the Court on Plaintiff's objections (Dkt. No. 43) to the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 42). Having thoroughly considered the parties' briefing and the relevant record, the Court finds oral argument unnecessary and hereby issues the following order.

Plaintiff is currently incarcerated at Washington Corrections Center in Shelton, Washington. (Dkt. No. 42 at 1.) Plaintiff, proceeding *pro se* and *in forma pauperis*, brings claims against Defendant pursuant to 42 U.S.C. § 1983. (*Id.*; *see* Dkt. No. 4.) Plaintiff alleges that Defendant was deliberately indifferent to Plaintiff's serious medical needs and that Defendant retaliated against Plaintiff. (Dkt. No. 42 at 1–2.) Defendant moved to dismiss for failure to state a claim. (*See* Dkt. No. 35.) After conducting a thorough review of the record and relevant legal authority, Judge Theiler recommends: dismissing with prejudice Plaintiff's medical deliberate indifference claim premised on Defendant's attempt to administer an antibiotic to which Plaintiff

is allergic; dismissing without prejudice and with leave to amend Plaintiff's remaining medical deliberate indifference claims; and dismissing without prejudice and with leave to amend Plaintiff's retaliation claims. (Dkt. No. 42 at 2–10.)

Plaintiff has filed objections to Judge Theiler's report and recommendation. (*See* Dkt. No. 43.) But Plaintiff has not offered specific objections to Judge Theiler's proposed findings and recommendation. *See* Fed. R. Civ. P. 72(b)(2). Rather, Plaintiff reiterates his complaint's factual assertions, raises several novel factual allegations, and asks that he be granted additional time to properly amend his complaint in light of his impending transfer to another facility. (*See* Dkt. No. 43 at 2–7.) Therefore, Plaintiff has not identified grounds for rejecting or modifying Judge Theiler's report and recommendation. *See* Fed. R. Civ. P. 72(b)(3). However, the Court is sympathetic to Plaintiff's request for additional time, and he shall be accorded the same.

For the foregoing reasons, the Court ORDERS as follows:

1. Plaintiff's objections (Dkt. No. 43) are OVERRULED;
2. The report and recommendation (Dkt. No. 42) is ADOPTED;
3. Defendant's motion to dismiss (Dkt. No. 35) is GRANTED in part and DENIED in part;
4. Plaintiff's claim of medical deliberate indifference through an attempt to administer antibiotics to which Plaintiff is allergic is DISMISSED with prejudice;
5. Any remaining claims of medical deliberate indifference and Plaintiff's claims of retaliation are DISMISSED without prejudice and with leave to amend. Plaintiff may file an amended complaint no later than 60 days from the date this order is issued; and
6. The Clerk is DIRECTED to send copies of this order to Plaintiff and to the Honorable Mary Alice Theiler.

//

//

//

//

ORDER
C19-0093-JCC
PAGE - 2

1 DATED this 18th day of September 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE