UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH RAWLINS,

                    Plaintiff,

    v.

HENRY TAMBE,

                    Defendant.

Case No. C19-0093-JCC-MAT

ORDER RE: MOTIONS FOR EXTENSION OF TIME

Plaintiff, proceeding pro se and *in forma pauperis* (IFP) in this civil rights action, filed two motions for extensions of time to file an amended complaint. (Dkts. 48 & 50.) The Court now considers those motions and concludes as follows:

(1) By Order dated September 18, 2019, the Court gave plaintiff leave to file an amended complaint no later than sixty days from the date of the Order. (Dkt. 45.) In a motion dated shortly before the expiration of that filing deadline, plaintiff noted he had been in transit between facilities and unable to access his legal materials or the law library, and requested an additional sixty days to submit an amended complaint. (Dkt. 48.) Plaintiff reiterated this request and provided some supporting documentation in a second motion requesting an extension. (Dkt. 50.) Finding plaintiff's request reasonable, the Court herein GRANTS plaintiff's motions for an

ORDER - 1

extension of time.  (Dkts. 48 & 50.)  The deadline for filing an amended complaint is extended to on or before **January 24, 2020**.

   (2) The Clerk is directed to send a copy of this Order to the parties and to the Honorable John C. Coughenour.

  Dated this 9th day of December, 2019.

                 Mary Alice Theiler
                 United States Magistrate Judge