UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH RAWLINS,

                Plaintiff,

    v.

HENRY TAMBE,

                Defendant,

CASE NO. C19-0093-JCC-MAT

REPORT AND RECOMMENDATION

INTRODUCTION AND SUMMARY CONCLUSION

Plaintiff Keith Rawlins, who is currently incarcerated at Washington State Penitentiary in Walla Walla, Washington, proceeds pro se and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action. In a complaint filed in January 2019, plaintiff raised claims associated with his prior confinement as a pretrial detainee at Skagit County Corrections Community Justice Center and named health services administrator (HSA) Henry Tambe as defendant. (*See* Dkt. 4.)

By Order dated September 18, 2019, the Court adopted the recommendation of the undersigned to dismiss one of plaintiff's claims with prejudice, but, rather than dismissing other claims without prejudice, granted plaintiff sixty days to submit an amended complaint. (Dkt. 45.) The undersigned subsequently granted plaintiff an additional sixty-day extension of time to file an

REPORT AND RECOMMENDATION
PAGE - 1

amended complaint, directing the filing on or before January 24, 2020. (Dkt. 51.) Plaintiff did not comply with that deadline and defendant filed a Motion for Order to Show Cause re: Dismissal, requesting plaintiff's suit be dismissed with prejudice given his failure to comply with Court deadlines. (Dkt. 52.) Plaintiff, in response, explains his failure to comply with the filing deadlines as based on his continued loss of all legal materials associated with this and other matters. (Dkt. 55.) Plaintiff requests that the Court dismiss this matter without prejudice given the obstacles presented by his lost legal materials and his pro se status.

The Court, considering plaintiff's pro se status and his contention as to lost legal materials, now recommends defendants' pending motion (Dkt. 52) be GRANTED in part and DENIED in part, and this matter DISMISSED without prejudice. A proposed Order accompanies this Report and Recommendation.

## OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14)** days after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **March 20, 2020**.

DATED this 25th day of February, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2