THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KEITH RAWLINS,

            Plaintiff,

   v.

HENRY TAMBE,

            Defendant.

CASE NO. C19-0093-JCC

ORDER

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 56). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby ORDERS as follows:

1. The report and recommendation (Dkt. No. 56) is ADOPTED;
2. Plaintiff's motion to appoint counsel (Dkt. No. 57) is DENIED;
3. Defendant's motion to dismiss with prejudice (Dkt. No. 52) is GRANTED in part and DENIED in part;
4. This case is DISMISSED without prejudice; and
5. The Clerk is DIRECTED to send copies of this order to Plaintiff and to Judge Theiler.

//

//

//

1       DATED this 23rd day of March 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-0093-JCC
PAGE - 2